EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Segundo Meléndez Zayas | 2021 TSPR 38<br><br>206 DPR _____ |

Número del Caso:  TS-9271


Fecha:  24 de marzo de 2021


Abogada de la parte peticionaria:

   Lcda. Daisy Calcaño López



Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Segundo Meléndez Zayas                    TS-9271

RESOLUCIÓN

En San Juan, Puerto Rico, a 24 de marzo de 2021.

Examinada la *Moción sometiendo certificación del curso reválida y reiterando solicitud de reinstalación* que presentó el Sr. Segundo Meléndez Zayas, se provee ha lugar. En consecuencia, se reinstala al Sr. Segundo Meléndez Zayas al ejercicio de la abogacía.

Además, ante la reinstalación del señor Meléndez Zayas al ejercicio de la abogacía, se instruye a la Secretaría de este Tribunal a reactivar las quejas AB-2011-373, AB-2012-109 y AB-2012-127 que se habían archivado administrativamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo